IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY THOMAS BRANTLEY,** | CIV S-06-2723-DFL-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including March 10, 2007, in which to file a reply to the opposition filed by Petitioner.

February 12, 2007

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE