IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY THOMAS BRANTLEY,<br><br>           Petitioner,<br><br>vs.<br><br>T. FELKER,<br><br>           Respondent. | No. 2:06-cv-02723-JKS-CMK<br><br>ORDER |

      Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, with particular attention to those portions relevant or pertinent to the objections raised, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

      Petitioner's objection is that he is unable to establish the facts supporting his claim of entitlement to equitable tolling between January 2006 and December 2006 without an evidentiary hearing. The magistrate judge assumed that Petitioner was entitled to exclude the time between the end of his first round of state habeas proceedings, November 13, 2002, and the time he filed his second round of state habeas proceedings, January 18, 2005. Under controlling authority that time, which in itself exceeds one year, does not toll the time under 28 U.S.C. §

2244(d)(2).  *Pace v. DiGuglielmo*, 544 U.S. 408 (2005); *Evans v. Chavis*, 546 U.S. 189 (2006). Thus, even if Petitioner could establish an impediment to filing during the January to December 2006 period, it would not benefit him.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed May 25, 2007, are adopted in full;

2. Respondent's motion to dismiss is GRANTED and Petitioner's application for a writ of habeas corpus is DISMISSED; and

3. This case is closed.

**IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)).

Dated:  December 3, 2007

　　　　　　　　　　　　　　　　　　　　　　s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge